### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 23-CR-20050-DDC |
| **JOSEPH R. ISAAC,** | |
| Defendant. | |

### GOVERNMENT'S THIRD AMENDED EXHIBIT LIST

The United States of America by and through the undersigned, submit the following attached list of exhibits for the Government's case in chief in the above referenced matter.

Respectfully submitted,

*/s/ Taylor Hines*
Taylor Hines, #28101
Special Assistant U.S. Attorney
500 State Avenue, Suite 360
Kansas City, KS 66061
(913) 551-6730
(913) 551-6541 (fax)
Taylor.Hines@usdoj.gov

*/s/ David P. Zabel*
David P. Zabel, #17887
Assistant U.S. Attorney
500 State Avenue, Suite 360
Kansas City, KS 66061
(913) 551-6730
(913) 551-6541 (fax)
David.Zabel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Taylor Hines*
Taylor Hines, #28101

| United States of America v. Joseph R. Isaac<br>**Government's Trial Exhibit List** | | | | | |
|---|---|---|---|---|---|
| | **Description** | I.D. | Off. | Adm. | Witness |
| 1. | Stipulation of the Parties | | | | |
| 2. | KCKPD Officer Carter's body camera video from October 19, 2022 | | | | |
| 3. | Glock .40 caliber pistol, model 27, serial number PEB668 (ATF item #2) | | | | |
| 3a | (20) rounds of .40 caliber ammunition (ATF Item #11) | | | | |
| 3b | 22 round .40 caliber ammunition magazine (ATF item # 12) | | | | |
| 4. | Romarm/Cugir 7.62x39mm caliber pistol, model Micro Draco, serial number ROA21PMD25919 (ATF item #4) | | | | |
| 4a | (13) rounds of 7.62 caliber ammunition (ATF item #9) | | | | |
| 4b | 7.62 caliber ammunition magazine (ATF item #10) | | | | |
| 5. | Romarm/Cugir 7.62x39mm caliber pistol, model Mini Draco, serial number ROA22PG2374 (ATF item #5) | | | | |
| 5a | (18) rounds of 7.62 caliber ammunition (ATF item #15) | | | | |
| 5b | 7.62 caliber ammunition magazine (ATF item #16) | | | | |
| 6. | Citizens Armory, model USAK, 7.62x39 caliber, semi-automatic rifle, bearing serial number 1977HP0511 (ATF item #3) | | | | |
| 6a | (23) rounds of 7.62 caliber ammunition (ATF item #13) | | | | |
| 6b | 7.62 caliber ammunition magazine (ATF item #14) | | | | |
| 7. | DNA swabs from Romarm/Cugir 7.62x39mm caliber pistol, model Micro Draco, serial number ROA21PMD25919 (ATF item #17) | | | | |
| 8. | DNA swabs from Glock .40 caliber pistol, model 27, serial number PEB668 (ATF item #18) | | | | |
| 9. | DNA swabs from Citizens Armory, model USAK, 7.62x39 caliber, semi-automatic rifle, | | | | |

| | *United States of America v. Joseph R. Isaac*<br>**Government's Trial Exhibit List** | | | | |
|---|---|---|---|---|---|
| | **Description** | I.D. | Off. | Adm. | Witness |
| | bearing serial number 1977HP0511 (ATF item #19) | | | | |
| 10. | DNA swabs from Romarm/Cugir 7.62x39mm caliber pistol, model Mini Draco, serial number ROA22PG2374 (ATF item #20) | | | | |
| 11. | Buccal swabs from Joseph R. Isaac | | | | |
| 12. | Close up picture of Glock .40 caliber pistol, model 27, serial number PEB668 pointing up | | | | |
| 13. | Left side close-up picture of Glock .40 caliber pistol, model 27, serial number PEB668 with machinegun conversion device | | | | |
| 14. | Right side close-up picture of Glock .40 caliber pistol, model 27, serial number PEB668 with machinegun conversion device | | | | |
| 15. | Shannon Roberts Curriculum Vitae | | | | |
| 16. | Kansas Bureau of Investigation Forensic Lab Report #1 | | | | |
| 17. | NOT USED | | | | |
| 18. | NOT USED | | | | |
| 19. | Anthony Ciravolo Curriculum Vitae | | | | |
| 20. | ATF Firearms Technology Criminal Branch Report of Technical Examination | | | | |
| 21. | September 2, 2022, ink_by_lee Instagram video- Defendant with an AK-style pistol (0:11) | | | | |
| 22. | September 2, 2022, ink_by_lee Instagram video- Defendant with an AK-style pistol (0:39) | | | | |
| 23. | NOT USED | | | | |
| 24. | Picture from September 2, 2022, ink_by_lee Instagram Reel- Defendant holding Draco variant | | | | |
| 25. | Picture from September 2, 2022, ink_by_lee Instagram Reel- Defendant near a table that | | | | |

| | United States of America v. Joseph R. Isaac<br>Government's Trial Exhibit List | | | | |
|---|---|---|---|---|---|
| | **Description** | **I.D.** | **Off.** | **Adm.** | **Witness** |
| | has a Draco on it | | | | |
| 26. | NOT USED | | | | |
| 27. | Picture from September 2, 2022, ink_by_lee Instagram Reel- Defendant firing an AK-style pistol, variant of a Draco | | | | |
| 28. | Picture of Trackhawk | | | | |
| 29. | Picture of inside right passenger side of Trackhawk on October 19, 2022 with several guns | | | | |
| 30. | NOT USED | | | | |
| 31. | NOT USED | | | | |
| 32. | NOT USED | | | | |
| 33. | NOT USED | | | | |
| 34. | NOT USED | | | | |
| 35. | NOT USED | | | | |
| 36. | Torn retail packaging for 22 round Glock .40 caliber ammunition (ATF item #7) | | | | |
| 37. | NOT USED | | | | |
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |

5

| *United States of America v. Joseph R. Isaac* **Government's Trial Exhibit List** | | | | | |
|---|---|---|---|---|---|
| | Description | I.D. | Off. | Adm. | Witness |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |
| 51. | | | | | |
| 52. | | | | | |
| 53. | | | | | |
| 54. | | | | | |
| 55. | | | | | |
| 56. | | | | | |
| 57. | | | | | |
| 58. | | | | | |
| 59. | | | | | |
| 60. | | | | | |