IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JOSEPH R. ISAAC (01),

           Defendant.

Case No. 23-20050-01-DDC

## VERDICT

**Question 1. COUNT ONE:** For Count One of the Indictment (charging possession of a machinegun), we, the Jury, unanimously find the defendant, Joseph R. Isaac:

    __✓__ NOT GUILTY

    _____ GUILTY

**Question 2. COUNT TWO:** For Count Two of the Indictment (charging felon in possession of a firearm) we, the Jury, unanimously find the defendant, Joseph R. Isaac:

    _____ NOT GUILTY

    __✓__ GUILTY

Proceed to Question 3 only if your answer to Question 2 was Guilty. If you answered Not Guilty, proceed to Question 4.

31

**Question 3.** If you find the defendant Joseph Isaac Guilty on Count Two, check each firearm that you unanimously find that the defendant Joseph Isaac possessed on or near October 19, 2022:

_____ a Glock .40 caliber pistol, model 27, with serial number PEB668

✓ a Romarm/Cugir 7.62x39mm caliber pistol, model Micro Draco, with serial number ROA21PMD25919

_____ a Romarm/Cugir 7.62x39mm caliber pistol, model Mini Draco, with serial number ROA22PG2374.

**Question 4.** Did the jury unanimously agree to each answer you have provided in this Verdict?

✓ Yes

_____ No

March 13, 2026
Date

\[REDACTED\]
Foreperson

32